IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WOSEY BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-08-608-D |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER AND JUDGMENT**

Upon review of the case file, the Court finds no timely objection to the findings and recommendation of United States Magistrate Judge Bana Roberts issued pursuant to 28 U.S.C. § 636(b)(1), and finds a waiver of further judicial review. The Court thus adopts the Report and Recommendation [Doc. No. 18] in its entirety.

For the reasons stated therein, the Court affirms the final decision of the Commissioner pursuant to 42 U.S.C. § 405(g).

Entered this 4th day of May, 2009.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE